**Don Ray PHINNEY, an individual,
Plaintiff–Appellant,**

v.

**FIRST AMERICAN NATIONAL
BANK; et. al., Defendants–
Appellees.**

**No. 00–55661.
D.C. No. CV–99–06421–FMC.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001.[*]

Decided May 29, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

MEMORANDUM [**]

Don Ray Phinney appeals the district court's dismissal with prejudice of his RICO claims. The district court properly dismissed Phinney's claims against Judges Echols and Wiseman based on their absolute immunity for acts taken in a judicial capacity. *See Moore v. Brewster*, 96 F.3d 1240, 1243–44 (9th Cir.1996); *Atkinson–Baker & Assoc., Inc. v. Kolts*, 7 F.3d 1452, 1454–55 (9th Cir.1993) (per curiam). Phinney's claims against the other defendants are barred by the doctrine of res judicata. Therefore, dismissal was warranted as to them as well. *See Nordhorn v. Ladish Co., Inc.*, 9 F.3d 1402, 1404 (9th Cir.1993).

Phinney also appeals the entry of a vexatious litigant order against him. The district court did not abuse its discretion in entering this order. *See DeLong v. Hennessey*, 912 F.2d 1144, 1147–48 (9th Cir. 1990).

AFFIRMED.

**Randall K. WHITED, Plaintiff–
Appellant,**

v.

**Pascual G. OLIBAS, Defendant–
Appellee.**

**No. 00–55809.
D.C. No. CV–99–01052–DOC.**

United States Court of Appeals,
Ninth Circuit.

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the

Submitted May 14, 2001.*

Decided May 29, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

## MEMORANDUM **

Randall K. Whited appeals pro se the district court's judgment dismissing for lack of subject matter jurisdiction his 42 U.S.C. § 1983 action alleging that a justice of the peace violated his due process and equal protection rights through procedural rulings concerning a traffic citation. Because the traffic citation was dismissed and no case or controversy exists, we dismiss Whited's appeal as moot. *See Lewis v. Cont'l Bank Corp.*, 494 U.S. 472, 477, 110 S.Ct. 1249, 108 L.Ed.2d 400 (1990).

DISMISSED.

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.